IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO VALLE,

    Petitioner,

  v.

STATE OF CALIFORNIA,

    Respondent.
                                 /

No. C 11-01554 CW (PR)

ORDER OF DISMISSAL

Petitioner, a state prisoner proceeding pro se, filed the instant petition for a writ of habeas corpus seeking to remove his state criminal prosecution to federal court pursuant to 28 U.S.C. § 1446(e).

On June 21, 2011, the Court issued an Order denying Petitioner's request for removal as moot because Petitioner already had been convicted. By that same Order, the Court dismissed the petition with leave to amend for Petitioner to allege whether he intends to challenge the validity of his conviction in the instant action. The Court sent Petitioner a habeas corpus petition form and informed Petitioner that he must file the completed form within thirty days of the Court's Order, and that his failure to do so would result in the dismissal of this action without prejudice.

More than thirty days have passed and Petitioner has not filed a completed habeas corpus petition form or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 8/9/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO VALLE,

        Plaintiff,

v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV11-01554 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Valle 2317158
San Francisco County Jail
850 Bryant St.
San Francisco, CA 94103

Dated: August 9, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk